UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT PLAZA, L.L.C. | CIVIL ACTION NO. 05-1516 |
| versus | JUDGE HICKS |
| DOLLAR TREE STORES, INC. | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 21) and Plaintiff's Motion to Strike (Doc. 20) are **denied**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. 14), which was converted to a motion for summary judgment, is **granted**, and Plaintiff's lawsuit is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this ___ day of January, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE